**Robert Ray YOUNG, Appellant,**

v.

**Tina JACKSON, Manager of Appletree Apartments; Assistant Manager of Appletree Apartments, Appellees.**

No. 10–2304.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 1, 2010.

Filed: Nov. 3, 2010.

Robert Ray Young, Independence, MO, pro se.

Joni Cole, Quitmeier Law Firm, Kansas City, MO, for Appellees.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Missouri resident Robert Young brings this interlocutory appeal challenging the district court's[1] denial of appointment of

___

1. The Honorable Dean Whipple, United States District Judge for the Western District

counsel.[2] After careful review, we conclude that the district court did not abuse its discretion, see *Phillips v. Jasper County Jail,* 437 F.3d 791, 794 (8th Cir.2006) (standard of review and relevant factors), and we therefore affirm. We also deny the pending motions. *See* 8th Cir. R. 47B.

---

of Missouri.

**2.** This appeal is timely only as to the June 8, 2010 order denying appointment of counsel. *See* Fed. R.App. P. 4(a)(1)(A); *Nat'l Ass'n of Chain Drug Stores v. New Eng. Carpenters Health Benefits Fund,* 582 F.3d 30, 40 (1st Cir.2009).